JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE RUTH, | Case No.: EDCV 16-01513 JDE |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: July 10, 2017

_____
JOHN D. EARLY
United States Magistrate Judge